**JUDGE BUCHWALD**

Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway, Suite 930
New York, NY 10279
(212) 732-9290

David Toy (admitted in CA TX and NY)
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
(713) 653-5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



08 CV 6982

| COMMERCIAL METALS COMPANY, | |
|---|---|
| Plaintiff, | Case No. |
| -against- | |
| M.V. *FRONTIER ANGEL*, in rem, HER ENGINES, TACKLE, APPAREL, ETC., ETERNITY MARITIME SHIPPING SA, FUKUNAGA KAIUN KK, and HYUNDAI MERCHANT MARINE CO., LTD., IN PERSONAM | **Rule 7.1 Statement** |

Plaintiff, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent

corporation not any publically held corporation that owns 10% or more of its stock.

Dated: August 5, 2008  
      New York, New York

Respectfully,

FEIN & JAKAB  
The Woolworth Building  
233 Broadway • Suite 930  
New Yor, NY 10279  
212/732-9290

By: _____  
    PETER JAKAB (PJ-8553)

Attorneys for Plaintiff  
COMMERCIAL METALS COMPANY